■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD SEIDLER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Lagana, J.), rendered April 20, 1984, convicting him of grand larceny in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's guilt was proven beyond a reasonable doubt *(see, People v Churchill,* 47 NY2d 151). We have considered defendant's other contentions and find them to be lacking in merit. Bracken, J. P., Weinstein, Kunzeman and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNNELL SIMMONS, Appellant.—Appeal by defendant from two judgments of the Supreme Court, Kings County (Marano, J.), both rendered January 8, 1982, convicting him of attempted robbery in the second degree under indictment No. 447/78 and robbery in the second degree under indictment No. 842/81, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.